[No. 8923–4–I.   Division One.   January 18, 1982.]

*In the Matter of* MICHAEL J. SCOTT, *Appellant,*
v. COLGATE–PALMOLIVE CORPORATION,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–04240–4, Frank H. Roberts, Jr., J.,

entered April 30, 1980. *Affirmed* by unpublished per curiam opinion.